STATE OF NEW JERSEY v. CHARLES QUIROS.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ARY FUN.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ELLIS WATERS.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES BISHOP.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CLEMENT GREIG.

September 16, 1986.

Petition for certification denied.